(124 So. 918)

## Edam TURNER v. Sam SELLERS et al.
### (6 Div. 253.)

Supreme Court of Alabama. Dec. 5, 1929.

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed.

(124 So. 918)

## M. L. WARD, Sr., Adm'r, etc., v. S. J. DRUM-MOND. (6 Div. 281.)

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 916)

## WILLIAMS LUMBER CO. v. T. G. ST. JOHN.
### (5 Div. 23.)

Supreme Court of Alabama. Jan. 28, 1930.

Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

Jacob A. Walker, of Opelika, and Richard H. Cocke, of Alexander City, for appellant.

J. W. Kelley, of Phenix City, for appellee.

BROWN, J. Bill by appellant to enforce a materialman's lien for material furnished for repairs on a dwelling house and building an addition thereto.

Appellant's contention is that the material was furnished to the owner, appellee, on the order of one Mullins, his agent. Appellee's contention is that Mullins was an independent contractor, who undertook to make the repairs and build the addition for a stipulated sum, $1,000, and that the material was purchased by Mullins and furnished by appellant to Mullins.

This presents a question of fact, on which the evidence is in sharp conflict, and after careful consideration of the evidence we are not able to affirm that the conclusion of the trial court, that complainant failed to sustain the averments of its bill, is erroneous.

Affirmed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(125 So. 917)

## Horace WILLIS v. STATE. (7 Div. 914.)

Supreme Court of Alabama. Jan. 16, 1930.

Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

PER CURIAM. Appeal dismissed by appellant.

(124 So. 918)

## Harry WILSON v. STATE. (6 Div. 460.)

Supreme Court of Alabama. Oct. 24, 1929.

Certiorari to Court of Appeals.

A. R. Powell, of Andalusia, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Harry Wilson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wilson v. State, 124 So. 927.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(124 So. 918)

## H. S. WILSON v. R. V. WINDHAM.
### (6 Div. 278.)

Supreme Court of Alabama. Nov. 29, 1929.

Appeal from Circuit Court, Lamar County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 917)

## WOCO–PEP CO. OF MONTGOMERY v. J. G. BALLARD. (3 Div. 909.)

Supreme Court of Alabama. Dec. 19, 1929.

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

PER CURIAM. Appeal dismissed by appellant.